UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) GILLIAN G. GREENWOOD, et al., ) ) Defendant. ) | Case No. 2:25 CV 44 CDP |

## MEMORANDUM AND ORDER

This matter is before the Court, *sua sponte*, upon review of the defendants' Stipulation (ECF 41) wherein they stipulate and agree that defendant B.G. (a minor) shall receive from the interpleaded funds the death benefit attributable to him under the Insurance Policy at issue in this case; and that B.G.'s appointed guardian ad litem, Jacob Harlow, shall be paid from the interpleaded funds his fees and costs incurred in this action, which notably are not set out in the Stipulation. Before I may direct the Clerk of Court to disburse funds deposited in the Court's registry, additional information is needed, including but not limited to the amount(s) to be disbursed and full mailing instructions for each disbursement check. *See* E.D. Mo. L.R. 13.04. I will direct the defendants to file an appropriate motion for partial disbursement of interpleaded funds and a proposed order for disbursement that includes the information required by Local Rule 13.04(C)(3).

Accordingly,

**IT IS HEREBY ORDERED** that <u>**within seven (7) days of the date of this Order**</u>, defendants shall file with the Court a motion for partial disbursement of interpleaded funds as stipulated, and a proposed order for disbursement that complies with and includes the information required by Local Rule 13.04(C)(3).

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2026.